UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT
No. B-11-1

2012 APR -9 P 3:41

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:12cr74(WWE) |
| v. | |
| DONALD OGMAN, a.k.a. "Manny-O" and "Main"; | VIOLATIONS: |
| KENNETH STURDIVANT, a.k.a. "Slay"; | |
| DERRICK BROCK, a.k.a. "Easy"; | 21 U.S.C. § 846 (Conspiracy to Distribute and to Possess Narcotics) |
| LAMONT REED, a.k.a. "L-Wop"; | |
| ROMELL BROWN, a.k.a. "Rell"; | |
| ANAJE AMIN, a.k.a. "Dice"; | 21 U.S.C. § 841(a)(1) (Possession and Distribution of Narcotics) |
| CORNELL STREATER, a.k.a. "Messy"; | |
| EDWARD PREZIOSO, a.k.a. "Wu-Loc"; | |
| CODY BELANGER, a.k.a. "Forty"; | 18 U.S.C. § 2 (Aiding and Abetting) |
| WAYNE WRIGHT, a.k.a. "Cruger"; | |
| ALPHONZO DIXON, a.k.a. "Fonz"; | |
| MARVIN OGMAN, a.k.a. "Bub Love"; | 21 U.S.C. § 853 (Criminal Forfeiture) |
| MARVIN HOWARD, a.k.a. "Marv"; | |
| CHARLES HART, a.k.a. "O.G."; | |
| RICHARD MASON, a.k.a. "Rich"; | |
| CLAYTON CARNEY, a.k.a. "Hardcore"; | |
| DEANDRE BARNES, a.k.a. "D-Man"; and | |
| JANARLEEN BORIA, a.k.a. "Jan". | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to Distribute and to Possess With Intent to Distribute
280 Grams Or More of Cocaine Base/"Crack" and a Quantity of Cocaine)

1.     From in or about December 2011 and continuing until on or about March 28, 2012, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, DONALD OGMAN, a.k.a. "Manny-O" and "Main"; KENNETH STURDIVANT, a.k.a. "Slay"; DERRICK BROCK, a.k.a. "Easy"; LAMONT REED, a.k.a. "L-Wop"; ROMELL

BROWN, a.k.a. "Rell"; ANAJE AMIN, a.k.a. "Dice"; CORNELL STREATER, a.k.a. "Messy"; EDWARD PREZIOSO, a.k.a. "Wu-Loc"; CODY BELANGER, a.k.a. "Forty"; WAYNE WRIGHT, a.k.a. "Cruger"; ALPHONZO DIXON, a.k.a. "Fonz"; MARVIN OGMAN, a.k.a. "Bub-Love"; MARVIN HOWARD, a.k.a. "Marv"; CHARLES HART, a.k.a. "O.G."; RICHARD MASON, a.k.a. "Rich"; CLAYTON CARNEY, a.k.a. "Hardcore"; DEANDRE BARNES, a.k.a. "D-Man"; JANARLENE BORIA, a.k.a. "Jan", the defendants herein, and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to violate the narcotics laws of the United States.

    2.    It was a part and an object of the conspiracy that DONALD OGMAN, a.k.a. "Manny-O" and "Main"; KENNETH STURDIVANT, a.k.a. "Slay"; DERRICK BROCK, a.k.a. "Easy"; LAMONT REED, a.k.a. "L-Wop"; ROMELL BROWN, a.k.a. "Rell"; ANAJE AMIN, a.k.a. "Dice"; CORNELL STREATER, a.k.a. "Messy"; EDWARD PREZIOSO, a.k.a. "Wu-Loc"; CODY BELANGER, a.k.a. "Forty"; WAYNE WRIGHT, a.k.a. "Cruger"; ALPHONZO DIXON, a.k.a. "Fonz"; MARVIN OGMAN, a.k.a. "Bub-Love"; MARVIN HOWARD, a.k.a. "Marv"; CHARLES HART, a.k.a. "O.G."; RICHARD MASON, a.k.a. "Rich"; CLAYTON CARNEY, a.k.a. "Hardcore"; DEANDRE BARNES, a.k.a. "D-Man"; JANARLENE BORIA, a.k.a. "Jan", the defendants herein, and others known and unknown to the Grand Jury, would distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    3.    The controlled substances involved in the offense were 280 grams or more of a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii); and

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute Controlled Substance)

1. On or about March 28, 2012, in the District of Connecticut, DONALD OGMAN, a.k.a. "Manny-O" and "Main", the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
(Possession with Intent to Distribute Controlled Substance)

1. On or about March 28, 2012, in the District of Connecticut, ROMELL BROWN, a.k.a. "Rell", the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FOUR
(Possession and Distribution of a Controlled Substance)

1. On or about March 26, 2012, in the District of Connecticut, DERRICK BROCK, a.k.a. "Easy", the defendant herein, knowingly and intentionally possessed with intent to

distribute and did distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIVE
(Possession and Distribution of a Controlled Substance)

1. On or about March 22, 2012, in the District of Connecticut, DERRICK BROCK, a.k.a. "Easy", the defendant herein, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SIX
(Possession and Distribution of a Controlled Substance)

1. On or about February 17, 2012, in the District of Connecticut, CHARLES HART, a.k.a. "O.G.", the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT SEVEN
(Possession and Distribution of a Controlled Substance)

1. On or about December 20, 2011, in the District of Connecticut, CLAYTON

CARNEY, a.k.a. "Hardcore", the defendant herein, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT EIGHT
(Possession and Distribution of a Controlled Substance)

1.  On or about December 2, 2011, in the District of Connecticut, CLAYTON CARNEY, a.k.a. "Hardcore", the defendant herein, knowingly and intentionally possessed with intent to distribute and did distribute a mixture and substance containing a detectable amount of cocaine base/"crack", a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Eight of this Indictment, DONALD OGMAN, a.k.a. "Manny-O" and "Main"; KENNETH STURDIVANT, a.k.a. "Slay"; DERRICK BROCK, a.k.a. "Easy"; LAMONT REED, a.k.a. "L-Wop"; ROMELL BROWN, a.k.a. "Rell"; ANAJE AMIN, a.k.a. "Dice"; CORNELL STREATER, a.k.a. "Messy"; EDWARD PREZIOSO, a.k.a. "Wu-Loc"; CODY BELANGER, a.k.a. "Cody Loc"; WAYNE WRIGHT, a.k.a. "Cruger"; ALPHONZO DIXON, a.k.a. "Fonz"; MARVIN OGMAN, a.k.a. "Bub-Love"; MARVIN HOWARD, a.k.a. "Marv"; CHARLES HART, a.k.a. "O.G."; RICHARD MASON, a.k.a. "Rich"; CLAYTON CARNEY, a.k.a.

"Hardcore"; DEANDRE BARNES, a.k.a. "D-Man"; JANARLENE BORIA, a.k.a. "Jan", the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the said defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code § 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

                                        A TRUE BILL,

                                        /s/

                                        FOREPERSON

DAVID B. FEIN
UNITED STATES ATTORNEY

H. GORDON HALL
ASSISTANT U.S. ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT U.S. ATTORNEY

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY

7