UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/17/2012
Roberta D. Tabora, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 3:12CR74 (WWE) |
| v. : | |
| : | |
| ALPHONZO DIXON : | April 17, 2012 |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves:

_____ a crime of violence as defined in Title 18, United States Code, Section 3156;

_____ an offense for which the maximum sentence is life imprisonment or death;

__X__ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

__X__ a serious risk that the defendant will flee; and/or

    \_\_\_ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.     Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

    _X_ the defendant's appearance as required; and/or

    _X_ the safety of any other person and the community.

III.     Rebuttable Presumption

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

    \_\_\_ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

    \_\_\_ an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

    \_\_\_ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

    __X__   there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV.    Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

    _____   at the defendant's first appearance;

    __X__   after a continuance of _3_ days.

                                      Respectfully submitted,

                                      DAVID B. FEIN
                                      UNITED STATES ATTORNEY

                                      /s/
                                      H. GORDON HALL
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Federal Bar No. ct05153
                                      141 Church Street
                                      New Haven, Connecticut 06510
                                      (203) 821-3700

## CERTIFICATION

This is to certify that a copy of the within and forgoing "Government's Motion for Pretrial Detention" was hand-delivered to opposing counsel this 17th day of April, 2012

/s/ _____
H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY